UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
UNITED STATES OF AMERICA
                                                  :    CONSENT PRELIMINARY ORDER
          - v. -                       OF FORFEITURE/
                                                  :    MONEY JUDGMENT

MARCO PAZMINO,
                                                  :    20 Cr. 645 (PAE)
          Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

          WHEREAS, on or about December 1, 2020, MARCO PAZMINO (the "Defendant") was charged in a two-count Information, 20 Cr. 645 (PAE) (the "Information"), with conspiracy, in violation of Title 18, United States Code, Section 371 (Count One); and federal program fraud, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2 (Count Two);

          WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking, forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

          WHEREAS, on or about December 1, 2020 the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), a sum of money representing proceeds earned from the crimes charged in Counts One and Two of the Information; and

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $17,126.73 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Thomas McKay, Paul M. Monteleoni, and Aline R. Flodr, of counsel, and the Defendant, MARCO PAZMINO, and his counsel, Marne Lenox, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $17,126.73 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MARCO PAZMINO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

7. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          7/7/22
    Thomas A. McKay                                            DATE
    Paul M. Monteleoni
    Aline R. Flodr
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2268/2219/1110

MARCO PAZMINO

By: /s/ Marco Pazmino                                           6/3/2022
    Marco Pazmino                                          DATE


By: /s/ Marne Lenox                                             6/3/2022
    Marne Lenox, Esq.                                      DATE
    Attorney for Defendant

SO ORDERED:

_____                7/8/22
HONORABLE PAUL A. ENGELMAYER                  DATE
UNITED STATES DISTRICT JUDGE